**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover
Court Reporter: Paul Zuckerman
Probation Officer: Sergio Garza
Interpreter: Marcella Salazar

Date: January 30, 2012

Criminal Action No. 10-cr-00614-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Michelle Korver |
| Plaintiff, | |
| v. | |
| DIONISIO SALGADO-MEZA, | Nathan Chambers |
| Defendant. | |

---

## SENTENCING MINUTES

---

**3:34 p.m. Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 20, 2011. Defendant pled guilty to Counts 1 and 8 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Forfeiture of Property **(Doc. #151)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:37 p.m.** **Court in recess.**

Total Time: 1 hour 3 minutes.
Hearing concluded.