UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. **DIONISIO SALGADO-MEZA**,
4. EFRAIN SALGADO-MEZA,
5. MARIBEL SALGADO,
    AKA "CLARA SANCHEZ" and
6. MARISELA SALGADO,

        Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, and 18 U.S.C. § 982, as set forth in the Indictment returned on December 14, 2010;

THAT a Preliminary Order of Forfeiture was entered on January 30, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any third-party to file a petition expired on April 23, 2012; and no Petition for Ancillary Hearing has been filed by any party;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C.

§ 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT judgment of forfeiture of $7,846.51 in lieu of the real property located at 375 Red Fox Drive, Gypsum, Colorado shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $7,846.51 in lieu of the real property located at 375 Red Fox Drive, Gypsum, Colorado, and may dispose of it in accordance with law.

DATED this 24th day of July, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge